## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLARD F. BREHM, Trustee of the Willard F. Brehm Trust, and GLADYS M. BREHM, Trustee of the Gladys M. Brehm Trust, ALVENA T. FROST, ALVENA T. FROST, Trustee of the Alvena T. Frost Trust, ARLIN STUTHEIT, RICHARD HAUBERG, ELAINE HAUBERG, and GARY RADEMACHER and PAMELA RADEMACHER, on behalf of themselves and all others similarly situated,** <br><br> Plaintiffs, <br><br> v. <br><br> **CAPITAL GROWTH FINANCIAL, INC., REBECCA ENGLE, BRIAN SCHUSTER, ENGLE & SCHUSTER FINANCIAL, INC., AMERICAN CAPITAL CORPORATION, ROYAL PALM CAPITAL GROUP, INC., CAPITAL GROWTH EQUITY FUND I, LLC, ALAN JACOBS, MICHAEL JACOBS, GERALD, PARKER, JOHN BOYCE, GERALDINE MAGALDINCK, PATRICK HARRINGTON, PETER KIRSCHNER, and STARK WINTER SCHENKEIN & CO., LLP,** <br><br> Defendants. | 8:07CV254 <br><br> ORDER |

     This matter is before the court on the plaintiffs' Motion For Extension Of Time To Respond To Motion For Appointment As Lead Counsel (Filing No. 50). The plaintiffs seek until October 11, 2007 to respond to the portion of the Motion For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Counsel that addresses lead plaintiff (Filing No. 42). The plaintiffs request a separate ten-day extension after the court's decision selecting the lead plaintiff, before being required to respond to the portion of the same motion that addresses lead counsel. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion For Extension of Time To Respond To Motion For Appointment As Lead Plaintiff And For Approval of Selection of Lead Counsel (Filing No. 50) is granted in part and denied in part.

2. The plaintiffs shall have **until October 11, 2007 to respond to the entire** Motion For Appointment As Lead Plaintiff <u>and</u> For Approval of Selection of Lead Plaintiff's Counsel (Filing No. 42).

DATED this 19th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge