# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLARD F. BREHM, Trustee of the Willard F. Brehm Trust, and GLADYS M. BREHM, Trustee of the Gladys M. Brehm Trust, ALVENA T. FROST, ALVENA T. FROST, Trustee of the Alvena T. Frost Trust, ARLIN STUTHEIT, RICHARD HAUBERG, ELAINE HAUBERG, and GARY RADEMACHER and PAMELA RADEMACHER, on behalf of themselves and all others similarly situated,** | )<br>)<br>)<br>)   8:07CV254<br>)<br>)   ORDER<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| **CAPITAL GROWTH FINANCIAL, INC., REBECCA ENGLE, BRIAN SCHUSTER, ENGLE & SCHUSTER FINANCIAL, INC., AMERICAN CAPITAL CORPORATION, ROYAL PALM CAPITAL GROUP, INC., CAPITAL GROWTH EQUITY FUND I, LLC, ALAN JACOBS, MICHAEL JACOBS, GERALD, PARKER, JOHN BOYCE, GERALDINE MAGALDINCK, PATRICK HARRINGTON, PETER KIRSCHNER, and STARK WINTER SCHENKEIN & CO., LLP,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the court on the plaintiffs' "Joint" Motion To Approve Stipulation Regarding Appointment of Lead Plaintiff and Approval of Selected Lead Counsel (Filing No. 110). The plaintiffs filed a Stipulation Regarding Appointment of Lead Plaintiff and Approval of Selected Lead Counsel (Filing No. 109). Upon consideration, the stipulation is approved.

**IT IS ORDERED:**

1. The plaintiffs' "Joint" Motion To Approve Stipulation Regarding Appointment of Lead Plaintiff and Approval of Selected Lead Counsel (Filing No. 110) is granted.

2. Group leaders, Lyle Brehm, David Buckley, Rex Weldon, and Jill Schuneman are appointed Lead Plaintiffs in this action.

3. The law firms of Koley Jessen, P.C., L.L.O., Liben, Whitted, Houghton, Slowiaczek & Cavanagh, P.C., L.L.O., and Matteson, Ricketts, Davies, Stewart & Calkins are appointed lead counsel in this action.

4. The Motion For Appointment As Lead Plaintiff and For Approval of Lead Plaintiff's Counsel (Filing No. 42) is denied as moot.

DATED this 11th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge