**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **WILLARD F. BREHM, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **8:07CV254** |
| vs. | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| **CAPITAL GROWTH FINANCIAL, INC., et al.** | ) ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on September 18, 2007, a letter (Filing No. 52) was sent to

**David M. Gaba
COMPASS LAW FIRM
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on October 18, 2007, Mr. Gaba has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **November 2, 2007**, attorney Gaba shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED October 18, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge