IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLARD F. BREHM, Trustee of the Willard F. Brehm Trust, GLADYS M. BREHM, Trustee of the Gladys M. Brehm Trust, ALVENA T. FROST, Alvena T. Frost, Trustee of the Alvena T. Frost Trust, ARLIN STUTHEIT, RICHARD HAUBERG, ELAINE HAUBERG, GARY RADEMACHER, and PAMELA RADEMACHER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV254 |
| v. | ) ) | |
| CAPITAL GROWTH FINANCIAL, Inc., REBECCA ENGLE, BRIAN SCHUSTER, ENGLE & SCHUSTER FINANCIAL, Inc., AMERICAN CAPITAL, Corporation, ROYAL PALM CAPITAL GROUP, Inc., CAPITAL GROWTH EQUITY FUND I, LLC, ALAN JACOBS, MICHAEL JACOBS, GERALD PARKER, JOHN BOYCE, GERALDINE MAGALINCK, PATRICK HARRINGTON, PETER KIRSCHNER, and STARK WINTER SCHENKEIN & CO., LLP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Pursuant to NEGenR 1.5(a)(1) the court refers this case to the United States Bankruptcy Court for the District of Nebraska to determine whether bankruptcy has been filed by any of the parties in this case, and in particular by Rebecca Engle in the United States Bankruptcy Court, for the District of Arizona, 4:08-BK06355.

IT IS HEREBY ORDERED THAT:

1.  Pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.  This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3.  The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 30th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon

Joseph F. Bataillon
Chief United States District Judge