IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE BREHM, et al.,           )<br>                              )<br>     Plaintiffs,              )<br>                              )<br>  v.                          )<br>                              )<br>GERALD PARKER and             )<br>PETER KIRSCHNER, et al.,      )<br>                              )<br>     Defendants.              ) | 8:07CV254<br><br>ORDER |

This matter is before the court on the motion of Carl F. Schoeppl and his firm, Schoeppl & Burke, P.A. to withdraw as counsel for the defendant Gerald Parker (Filing No. 251) and the motion of David R. Chase and the Law Office of David R. Chase, P.A. to withdraw as counsel for the defendant Peter Kirschner (Filing No. 253). Mr. Schoeppl states there is good cause for the withdrawal and filed an affidavit (Filing No. 252) in support of his motion. Similarly, Mr. Chase states there is good cause for the withdrawal and filed an affidavit (Filing No. 254) in support of his motion. Moving counsel show they served the motions on their respective clients. On October 6, 2008, the court held counsel's motions in abeyance to allow Mr. Parker and Mr. Kirschner an opportunity to respond to the motions and/or obtain substitute counsel. Moving counsel served a copy of the order on their clients, as required. **See** Filing Nos. 258 and 259. Neither Mr. Parker nor Mr. Kirschner responded to the motions. Additionally, no new counsel has entered an appearance on behalf of either Mr. Parker or Mr. Kirschner. The court finds good cause exists to permit moving counsel to withdraw pursuant to NEGenR 1.3(f). Accordingly,

**IT IS ORDERED:**

1. Carl F. Schoeppl's motion to withdraw (Filing No. 251) is granted.
2. David R. Chase's motion to withdraw (Filing No. 253) is granted.
3. The Clerk of Court shall stop all electronic notices to Mr. Schoeppl and Mr. Chase regarding this case.

4. Gerald Parker and Peter Kirschner are hereby considered proceeding pro se and counsel for other parties may communicate with these parties directly regarding this case

5. Gerald Parker and Peter Kirschner must keep the court informed of thier current address and telephone numbers at all times while this case is pending. **See** NEGenR 1.3(e). Gerald Parker and Peter Kirschner must notify the court of their current telephone numbers as soon as possible, but in any event no later than **December 12, 2008**, in writing by filing a notice containing the information with the Clerk of Court.

6. The Clerk of Court shall send a copy of this order to Gerald Parker and Peter Kirschner at their last known addresses:

>   Gerald Parker                             Peter Kirschner
>   625 North Flagler Drive, Suite 509        7258 Encina Lane
>   West Palm Beach, FL 33401                 Boca Raton, Florida 33433

DATED this 10th day of November, 2008.

>                                             BY THE COURT:
>
>                                              s/Thomas D. Thalken
>                                             United States Magistrate Judge