# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LYLE BREHM, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:07CV254 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CAPITAL GROWTH FINANCIAL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Motion to Extend Deadline for the Parties to Submit a Rule 26(f) Planning Conference Report (Filing No. 266). The plaintiffs seek an extension of the report deadline until after all defendants have filed an answer. Currently, many of the defendants have filed dispositive motions, but have not yet filed an answer. Under these circumstances, the court finds a stay of the planning report deadline is warranted. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion to Extend Deadline for the Parties to Submit a Rule 26(f) Planning Conference Report (Filing No. 266) is granted.

2. The parties shall have **twenty-one (21) days** from the date an order is filed on the currently pending dispositive motions, in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 13th day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge