# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYLE BREHM, et al., | ) | |
| | ) | 8:07CV254 |
| Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| REBECCA ENGLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court after a telephone conference held on July 24, 2009. After a discussion of the progression of the case, the parties agreed upon a deadline to meet, confer, and file a planning report as required by Fed. R. Civ. P. 26(f). Upon consideration,

**IT IS ORDERED**:

The parties shall have to **on or before August 18, 2009**, to file a planning report as required by Fed. R. Civ. P. 26(f).

DATED this 24th day of July, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge