# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE BREHM, et al., ) | |
| ) | 8:07CV254 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CAPITAL GROWTH FINANCIAL, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion for a protective order by defendant Geraldine Magalnick (Magalnick) (Filing No. 356). Defendant seeks to delay the taking of various depositions noticed and scheduled for May 24-26, 2010. Defendants oppose the motion (Filing No. 357). The court finds defendant's opposition to the motion to be well taken. Magalnick's motion for a protective order (Filing No. 356) is denied. The parties should govern themselves accordingly.

**IT IS SO ORDERED:**

DATED this 21st day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge