## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LYLE BREHM, et al.,** | ) | |
| | ) | 8:07CV254 |
| **Plaintiffs,** | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **GERALD PARKER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte*. In November 2008, the defendant Gerald Parker's counsel withdrew with leave of court. Mr. Parker has represented himself in this matter since that time. In November 2008, the court informed Mr. Parker about the local rule requiring him to keep the court informed of his current address and telephone number at all times while this case is pending. Specifically, a party "whose address, telephone number, fax number, or e-mail address changes during a pending case must file and serve notice of the change within 30 days." See NEGenR 1.3(e) and (g).

During May 2010, the court received several filings, which had been addressed to Mr. Parker, returned as undeliverable. The court sent the filings to 222 Lakeview Avenue, PMB 290, Suite 160, West Palm Beach, FL 33401, in accordance with the address provided by Mr. Parker on January 12, 2009. See Filing No. 271. The court notes there is more than one different address for Mr. Parker in various filings by the other parties. Most recently the plaintiffs indicate the have corresponded with Mr. Parker in Juneau Beach, Florida. Accordingly,

**IT IS ORDERED:**

1. Gerald Parker shall notify the court of his current telephone number as soon as possible, but in any event no later than **June 11, 2010**, in writing by filing a notice containing the information with the Clerk of Court.

2. The Clerk of Court shall send a copy of this order to Gerald Parker at his last known address:   Gerald Parker
481 Surfside Lane
Juneau Beach, FL 33408
DATED this 27th day of May, 2010.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge