# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID BUCKLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 8:07CV254 |
| v. ) | |
| ) | ORDER |
| REBECCA ENGLE, et al., ) | |
| ) | |
| Defendants. ) | |

Upon notice of settlement given to the magistrate judge on September 15, 2010, by letter from Randall L. Goyette, counsel for the defendant Stark Winter Schenkein & Co.,

**IT IS ORDERED that:**

1. **On or before October 14, 2010**, the plaintiffs and the defendant Stark Winter Schenkein & Co. shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case as to this defendant. If the case is being dismissed, with respect to this defendant, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) as between the plaintiffs and this defendant may be dismissed without further notice.

3. The Stark Winter Schenkein & Co.'s Motion to Compel (Filing No. 378) is denied, as moot, upon the representation that this case is settled.

DATED this 15th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge