# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LYLE BREHM, et al.,** | ) | |
| | ) | 8:07CV254 |
| Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **CAPITAL GROWTH FINANCIAL, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 441) filed by the defendant Geraldine Jessop a/k/a Geraldine Magalnick. This defendant filed for Chapter 7 bankruptcy on November 18, 2010. The filing was made in the Southern District of Florida and is designated BK10-45477PGH. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case and any pending motions shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 29th day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge