IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LYLE BREHM, et al.,                          )
                                             )          8:07CV254
                    Plaintiffs,              )
        v.                                   )
                                             )
REBECCA ENGLE, et al.,                       )          ORDER
                                             )
_____Defendants._____       )


IN THE MATTER OF:                            )
                                             )
GERALDINE JESSOP,                            )     CASE NO. 10-45477-PGH (S.D. Fla.)
a/k/a GERALDINE MAGALNICK,                   )
                                             )          A08-8033-TJM
                    Debtor(s).               )


        This matter is before the court on the Report and Recommendation of U.S.
Bankruptcy Judge Timothy J. Mahoney, Filing No. 449.  The court finds that pursuant to
28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and
Recommendation should be adopted in its entirety.

        IT IS ORDERED:

        1.   The Report and Recommendation of U.S. Bankruptcy Judge Timothy J.
Mahoney, Filing No. 449, is adopted in its entirety.

        2.  This court withdraws the reference of the adversary proceeding and stays any
action against Ms. Magalnick unless and until the plaintiffs obtain relief from the automatic
stay from the Florida bankruptcy court to pursue their litigation against her.

        DATED this 8th day of December, 2010.

                                             BY THE COURT:


                                             s/ Joseph F. Bataillon_____
                                             Chief District Court Judge