IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID BUCKLEY, on behalf of himself, collectively on behalf of themselves and all others similarly situated, REX WELDON, collectively on behalf of themselves and all others similary situated, JILL SCHUNEMAN, on behalf of herself and collectively on behalf of themselves and all others similarly situated, and LYLE BREHM, collectively on behalf of themselves and all others similary situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>REBECCA ENGLE, BRIAN SCHUSTER, ENGLE & SCHUSTER FINANCIAL, Inc., AMERICAN CAPITAL, Corporation, ROYAL PALM CAPITAL GROUP, Inc., GERALD PARKER, JOHN BOYCE, GERALDINE MAGALNICK, STARK WINTER SCHENKEIN & CO., LLP, and LIANA DOBARGANES HARRINGTON,<br><br>   Defendants. | 8:07CV254<br><br>ORDER |

  This matter is before the court on its own motion. The court is in receipt of correspondence from Liana Dobarganes. The court will construe the letter as an objection to the order substituting her as a defendant in this action. The court finds that the letter should be docketed as a motion to set aside the order. Accordingly,

  IT IS ORDERED that

  1. The clerk of court has been directed to file Ms. Dobranes's letter as a motion to set aside the order substituting her as a defendant (Filing No. 453).

  2. The plaintiff shall respond to the motion within 7days of the date of this order.

DATED this 27th day of December, 2010.

              BY THE COURT:


              s/ Joseph F. Bataillon
              Chief United States District Judge