# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE BREHM, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CAPITAL GROWTH FINANCIAL, )<br>INC., et al., )<br>)<br>Defendants. ) | 8:07CV254<br><br>ORDER |

The plaintiffs shall have to **on or before March 20, 2012**, to submit a status report detailing the current posture of this matter.

**IT IS SO ORDERED.**

DATED this 9th day of March, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge