## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYLE BREHM, et al., | ) | |
| | ) | 8:07CV254 |
| Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CAPITAL GROWTH FINANCIAL, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiffs shall have to **on or before March 20, 2012**, to submit a status report detailing the current posture of this matter.

**IT IS SO ORDERED.**

DATED this 9th day of March, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge