IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE BREHM, on behalf of Willard F. Brehm, Gladys M. Brehm, the Willard F. Brehm Revocable Trust and the Gladys M. Brehm Revocable Trust, REX WELDON, on behalf of Nancy Weldon, Robert Clark Weldon and the Robert Clark Weldon and Nancy Weldon Trust, JILL SCHUNEMAN, on behalf of herself and the Jill Schuneman Living Trust, and DAVID BUCKLEY, on behalf of himself, the Robert L. McKissick Irrevocable Trust and the Brenda L. Buckley Revocable Trust, collectively on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>REBECCA ENGLE, BRIAN SCHUSTER, ENGLE & SCHUSTER FINANCIAL, INC.; AMERICAN CAPITAL CORPORATION; ROYAL PALM CAPITAL GROUP, INC.; GERALD PARKER, LIANA DOBARGANES HARRINGTON, in her capacity as sole heir or putative personal representative of the Estate of Patrick Harrington, deceased;<br><br>     Defendants. | **8:07CV254**<br><br><br><br><br><br>**ORDER** |

  This matter is before the court on its own motion.  The court has approved several partial settlements and distributions.  On completion of the most recent distribution, co-lead counsel submitted an accounting to the court.  The court has reviewed that accounting and it appears satisfactory.  There has been no further action on this case.

  For case management purposes, co-lead counsel shall file a status report stating whether there will be further proceedings in this action, and, if not, shall file a motion for final approval of class action settlement within 14 days of the date of this order.

  SO ORDERED.

  DATED this 26th day of June, 2014.

                    BY THE COURT:

                    s/ Joseph F. Bataillon
                    United States District Judge