IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE BREHM, on behalf of Willard F. Brehm, Gladys M. Brehm, the Willard F. Brehm Revocable Trust and the Gladys M. Brehm Revocable Trust, REX WELDON, on behalf of Nancy Weldon, Robert Clark Weldon and the Robert Clark Weldon and Nancy Weldon Trust, JILL SCHUNEMAN, on behalf of herself and the Jill Schuneman Living Trust, and DAVID BUCKLEY, on behalf of himself, the Robert L. McKissick Irrevocable Trust and the Brenda L. Buckley Revocable Trust, collectively on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>REBECCA ENGLE, BRIAN SCHUSTER, ENGLE & SCHUSTER FINANCIAL, INC.; AMERICAN CAPITAL CORPORATION; ROYAL PALM CAPITAL GROUP, INC.; GERALD PARKER, LIANA DOBARGANES HARRINGTON, in her capacity as sole heir or putative personal representative of the Estate of Patrick Harrington, deceased;<br><br>              Defendants. | 8:07CV254<br><br><br><br>ORDER |

      This matter is before the court on co-lead counsel's status report. Filing No. 516. Lead counsel have shown that they are evaluating collection options against some parties and pursuing claims against defendant Rebecca Engle in a bankruptcy proceeding in Arizona in case no. 04:08-bk-06355. They request an additional 180 days, at which time they expect to more fully advise the court on the foregoing matters. Accordingly,

IT IS ORDERED that co-lead counsel shall file a status report stating whether there will be further proceedings in this action, and, if not, shall file a motion for final approval of class action settlement within 180 days of the date of this order.

Dated this 29th day of July, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge