## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE BREHM, on behalf of Willard F. Brehm, Gladys M. Brehm, the Willard F. Brehm Revocable Trust and the Gladys M. Brehm Revocable Trust, REX WELDON, on behalf of Nancy Weldon, Robert Clark Weldon and the Robert Clark Weldon and Nancy Weldon Trust, JILL SCHUNEMAN, on behalf of herself and the Jill Schuneman Living Trust, and DAVID BUCKLEY, on behalf of himself, the Robert L. McKissick Irrevocable Trust and the Brenda L. Buckley Revocable Trust, collectively on behalf of themselves and all others similarly situated, | 8:07CV254<br><br>ORDER |
| **Plaintiffs,** | |
| vs. | |
| REBECCA ENGLE, BRIAN SCHUSTER, ENGLE & SCHUSTER FINANCIAL, INC.; AMERICAN CAPITAL CORPORATION; ROYAL PALM CAPITAL GROUP, INC.; GERALD PARKER, LIANA DOBARGANES HARRINGTON, in her capacity as sole heir or putative personal representative of the Estate of Patrick Harrington, deceased; | |
| **Defendants.** | |

  This matter is before the court after a review of the court file and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Further, on July 29, 2014, the court entered an order requiring the plaintiffs to file a status report or a motion for final approval of class action settlement within 180 days of the order. The plaintiffs have not filed any documents since the order. Accordingly,

**IT IS ORDERED:**

The plaintiffs shall have until the close of business on **April 24, 2015**, to comply with the court's July 29, 2014, Order or show cause why this case should not be dismissed as against the defendants for failure to prosecute.

Dated this 10th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge